**Veda PRYOR, Plaintiff–Appellant,**

v.

**John M. McHUGH, Department of the Army, Agency; Seth D. Harris, (Acting) Department of Labor (OWCP) Agency, Defendants–Appellees.**

No. 14–1605.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Veda Pryor, Appellant Pro Se. Tarra R. DeShields–Minnis, Allen F. Loucks, Assistant United States Attorneys, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veda Pryor appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, although we grant Pryor in forma pauperis status, we affirm for the reasons stated by the district court. *Pryor v. McHugh,* No. 8:13–cv–01269–PWG (D.Md. May 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*